Decided July 22, 2003

STATE OF CONNECTICUT *v.* LEONARDO LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 67 (AC 22290), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the defendant's pleas of guilty were knowingly and voluntarily made?"

The Supreme Court docket number is SC 17035.

*Wesley S. Spears*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided July 22, 2003